**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ALLAN J. WOLFF and DENNIS R. MELLIES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AVENTIS CROPSCIENCE USA HOLDING, INC., a foreign corporation,

Defendants.

01 cv 1031 DDA/SRN

**ORDER**

---

The above action has been assigned to the undersigned, a senior judge of the Court. The case presents the likelihood of protracted litigation. The Court finds it prudent to direct the Clerk of Court to reassign this case to an active district judge.

**IT IS ORDERED** that pursuant to this Court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

DATED: June 13, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3

F I L E   C O P Y

Date: June 15, 2001 jr

R E C O R D   O F   D O C K E T   T E X T

0:01-cv-01031 Wolff v. Aventis CropScience

DOCKET ENTRY

ORDER (Senior Judge Donald D. Alsop) Case reassigned to Chief Judge Paul A. Magnuson per the master list. Case number remains the same except for initials (01-1031 PAM/SRN). Number with new initials to be used on all future pleadings regarding this case. 1pg(s) (cc: all counsel)

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL