UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Allan J. Wolff, et al. CIVIL 01-1031 PAM/SRN

Plaintiffs,

vs.

Aventis CropScience,

Defendant,

------------------------------

Verlon Ponto, et al. CIVIL 01-1032 RHK/JMM

Plaintiffs,

vs.

Aventis CropScience,

Defendant.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 01-1031 PAM/SRN having been assigned to Judge Paul A. Magnuson, and Case No. 01-1032 RHK/JMM having later been assigned to Judge Richard H. Kyle, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 01-1032 RHK/JMM, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 27, 2001.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: July 27, 2001

**PAUL A. MAGNUSON, Judge**
United States District Court

DATED: July 27, 2001

**RICHARD H. KYLE, Judge**
United States District Court

FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Verlon Ponto, et al

vs. 01-1032PAM/SRN

Aventis CropScience

The above matter has been re-assigned to Judge Paul A. Magnuson and referred to Magistrate Judge Susan R. Nelson as a related case to civil action no. 01-1031 already to assigned to Judge Magnuson. Please note the change in judges' initials and refer to those initials when submitting materials to the court.

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500