A CERTIFIED TRUE COPY

AUG 10 2001

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
AUG 16 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUL 25 2001
FILED
CLERK'S OFFICE

*DOCKET NO. 1403*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE STARLINK CORN PRODUCTS LIABILITY LITIGATION*

DOCKETED
AUG 21 2001

*(SEE ATTACHED SCHEDULE)*

01C6409 NDIL

01-1031

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 20, 2001, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable James B. Moran.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Moran.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of June 20, 2001, and, with the consent of that court, assigned to the Honorable James B. Moran.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 10 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY: ATTEST
MICHAEL W. DOBBINS, CLERK
Anita Baugard
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 8-21-01

20

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# SCHEDULE CTO-1 – TAG ALONG CASES
## DOCKET NO. 1403
## IN RE STARLINK CORN PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| IOWA NORTHERN | | | |
| IAN | 1 | 01-22 | Luiken v. Aventis CropScience USA Holding, Inc. |
| KANSAS | | | |
| KS | 6 | 01-1059 | Schnoebelen v. Aventis CropScience USA Holding, Inc. |
| MARYLAND | | | |
| MD | 1 | 01-710 | Smith v. Aventis CropScience USA Holding, Inc. |
| MINNESOTA | | | |
| MN | 0 | 01-1031 | Wolff, et al. v. Aventis CropScience Holding, Inc. |
| MN | 0 | 01-1032 | Ponto, et al. v. Anventis CropScience Holding, Inc. |
| MISSOURI WESTERN | | | |
| MOW | 2 | 01-4052 | Corbin, et al. v. Aventis CropScience USA Holding, Inc. |
| NORTH DAKOTA | | | |
| ND | 1 | 01-32 | Olsen, et al. v. Aventis CropScience USA Holding, Inc. |
| NEBRASKA | | | |
| NE | 8 | 01-138 | Jemar, Inc. v. Aventis CropScience USA Holding, Inc. |
| SOUTH DAKOTA | | | |
| SD | 4 | 01-4070 | Dupraz v. Aventis CropScience USA Holding, Inc. |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 01-163 | Southland Farms, et al. v. Aventis CropScience USA Holding, Inc. |